FILED

08/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0237

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0237

_____

KOLE FITZPATRICK, DBA FITZPATRICK
TRUCKING,

      Plaintiff and Appellant,

  v.

TRAIL CREEK ENTERPRISES, LLC, JASON
SUBATCH, WESTERN STATES EQUIPMENT        O R D E R
COMPANY ("CAT"), AND JOHN DOES 1-60,

      Defendants and Appellees,

TRAIL CREEK ENTERPRISES, LLC AND
JASON SUBATCH,

      Counter-Plaintiffs and Appellees.

_____

Nicole C. Hancock of Boise, Idaho, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner Hancock is currently in good standing with another state jurisdiction in which Hancock is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Hancock and the fifth appearance of Hancock's firm under the pro hac vice rules, with good cause showing under Rule VI(C),

IT IS HEREBY ORDERED that the application of Nicole C. Hancock to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Nicole C. Hancock, to all counsel of record in this appeal, and to the State Bar of Montana.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 17 2020